UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY CHONG,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:15-CV-01172-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Jenny Chong appeals the denial of her applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 69. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will determine the appropriate administrative action to be taken. If the Appeals Council determines that a favorable decision cannot be issued based on the evidence of record, it will instruct the Administrative Law Judge to further evaluate plaintiff's mental impairments at steps 2 and 3; obtain medical expert evidence to assist in evaluating plaintiff's mental impairments; evaluate and assign weight to the medical opinions contained in the new evidence that relate back to the period at issue, including the opinions from

REPORT AND RECOMMENDATION - 1

examining source Wayne Dees, Psy.D., and treating source Jonathan Wells, M.D.; further evaluate plaintiff's residual functional capacity; further evaluate plaintiff's subjective symptoms; and if necessary obtain supplemental vocational expert evidence. If plaintiff is found to be disabled, the Administrative Law Judge will determine whether alcohol abuse is a contributing factor material to the finding of disability pursuant to Social Security Ruling 13-2p.

The parties further stipulate that, upon proper request to the Court, plaintiff may be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412 *et seq.*

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 26th day of August, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2